# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, 611 Pennsylvania Ave., SE #231 Washington, D.C. 20003 <br><br> *Plaintiff,* <br><br> v. <br><br> U.S. DEPARMENT OF STATE, 2201 C St NW, Washington, D.C.  20520 <br><br> and <br><br> UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT, 1300 Pennsylvania Avenue, NW, Washington, D.C. 20523 <br><br> *Defendants.* | Civil Action No. 26-cv-563 |

## COMPLAINT

1.      Plaintiff America First Legal Foundation ("AFL") brings this action against the U.S Department of State and the United States Agency for International Development to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

1

3.     Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and

28 U.S.C. § 1391(e).

## PARTIES

4.     Plaintiff AFL is a nonprofit organization working to promote the rule of

law in the United States, prevent executive overreach, ensure due process and equal

protection for all Americans, and encourage public knowledge and understanding of

the law and individual rights guaranteed under the United States Constitution and

the laws of the United States. AFL's mission includes promoting government

transparency and accountability by gathering official information, analyzing it, and

disseminating it through reports, press releases, and/or other media, including social

media platforms, all to educate the public.

5.     Defendant, U.S. Department of State ("DOS"), is an "agency" within the

meaning of 5 U.S.C. § 552(f), with its offices located at 2201 C St NW, Washington,

D.C.  20520, and has possession and control of the records AFL seeks.

6.     Defendant, United States Agency for International Development

("USAID"), is an "agency" within the meaning of 5 U.S.C. § 552(f), with its offices

located at 1300 Pennsylvania Avenue, NW, Washington, D.C. 20523, and has

possession and control of the records AFL seeks.

## FACTS

7.     On December 9, 2025, AFL filed a FOIA request with DOS seeking

records related to the Biden Administration's Misinformation, Disinformation, and

Malinformation ("MDM") policies. Exhibit 1.

8.    On the same day, AFL filed a similar FOIA request with USAID. Exhibit 2.

9.    Both FOIAs included requests for expedited processing.

10.    On January 21, 2026, DOS acknowledged AFL's FOIA request, assigned it tracking number F-2026-09170, and promised a formal acknowledgment within ten days. Exhibit 3.

11.    As of the date of filing, AFL has received no further communications from DOS concerning this request.

12.    On December 11, 2025, USAID acknowledged AFL's FOIA request and assigned it tracking number F-00078-26. Exhibit 4.

13.    On January 27, 2026, USAID informed AFL that the status for the request had been updated to "assigned for processing." Exhibit 5.

14.    As of the date of filing, AFL has received no further communications from USAID concerning this request.

## CLAIM
### Violation of FOIA, 5 U.S.C. § 552

15.    AFL repeats and realleges paragraphs 1–14.

16.    AFL properly requested records within the possession, custody, and control of the Defendants.

17.    The Defendants have failed to produce the requested records within the statutory time limit.

18.    Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(c)(i).

19.    Additionally, in each instance, AFL sufficiently demonstrated that expedited processing was appropriate by citing widespread media interest in these issues.

20.    Yet the Defendants failed to comply with FOIA and their own regulations by denying AFL's expedited processing requests.

21.    Accordingly, the Defendants have violated the FOIA.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests this Court:

i.    Declare that the records sought by these requests, as described in the foregoing, must be disclosed pursuant to 5 U.S.C. § 552;

ii.    Order the Defendants to conduct searches immediately for all records responsive to AFL's FOIA requests and demonstrate that they employed search methods reasonably likely to lead to the discovery of responsive records;

iii.    Order the Defendants to produce by a date certain all non-exempt records responsive to AFL's FOIA requests;

iv.    Award AFL attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E); and

v.    Grant AFL such other and further relief as this Court deems proper.


February 19, 2026                                    Respectfully submitted,

                                                     /s/ *Robert A. Crossin*
                                                     Robert A. Crossin (DC Bar #90036740)


4

5

Trey Donathan (NC Bar #63878)*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org
trey.donathan@aflegal.org

\* Motion *pro hac vice* forthcoming

*Counsel for Plaintiff*